JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927
    Email: edward.olsen@usdoj.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARNAIL SINGH, | ) |
|         Petitioner, | ) No. C 08-3081-MHP |
| v. | ) **STIPULATION TO A BRIEFING** |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) **SCHEDULE; AND [PROPOSED] ORDER** |
|         Respondent. | ) |

    The petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following briefing schedule:

    Respondent's Opposition to Habeas Petition:    November 12, 2008

    Petitioner's Reply (if any):    November 19, 2008

    Hearing:    December 8, 2008, at 2:00 p.m.

STIPULATION TO A BRIEFING SCHEDULE
C 08-3081-MHP

| | | |
|---|---|---|
| 1 | Date: October 8, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | | /s/<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Respondent |
| 7 | Dated: October 8, 2008 | /s/<br>JAMES PHILLIP VAUGHNS, ESQ. |
| 8 | | Attorney for Petitioner |

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October __9__, 2008

_____
MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION TO A BRIEFING SCHEDULE
C 08-3081-MHP