```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927
    Email: edward.olsen@usdoj.gov
```

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARNAIL SINGH,                )<br>                               )<br>     Petitioner,           )<br>                               )<br>     v.                        )<br>                               )<br>UNITED STATES IMMIGRATION      )<br>AND CUSTOMS ENFORCEMENT,       )<br>                               )<br>     Respondent.          )  | No. C 08-3081-MHP<br><br>**STIPULATION TO DISMISS; AND**<br>~~**[PROPOSED]**~~ **ORDER** |

   The petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled proceeding in light of the fact that, on November 6, 2008, an Immigration Judge granted the petitioner's request for a change in his custody status and directed the petitioner's release upon the posting of a $5,000.

   Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 08-3081-MHP

1 | Date: October 20, 2008           Respectfully submitted,

2 |                                  JOSEPH P. RUSSONIELLO
  |                                  United States Attorney

4 |                                  /s/
  |                                  EDWARD A. OLSEN
5 |                                  Assistant United States Attorney
  |                                  Attorneys for Respondent

7 | Dated: October 20, 2008
  |                                  /s/
8 |                                  JAMES PHILLIP VAUGHNS, ESQ.
  |                                  Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October _22_, 2008         _____
                                  MARILYN H. PATEL
                                  United States District Judge

IT IS SO ORDERED

Judge Marilyn H. Patel

STIPULATION TO DISMISS
C 08-3081-MHP